Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
STERLING & CLACK
A Professional Corporation
601 Van Ness Avenue, Suite 2018
San Francisco, California 94102
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LESLIE ANN PROPHETER, | Case No.: CV 12 2351 JSC |
| Plaintiff, | [~~PROPOSED~~] ORDER RE CONTINUANCE OF CASE SCHEDULING DEADLINES |
| v. | |
| GOLDEN GATE BRIDGE, HIGHWAY & TRANSPORTATION DISTRICT | |
| Defendant. | |

Having reviewed the Stipulation of counsel for a continuance of case scheduling deadlines, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1) That the last day to file an Opposition to the Motion for Summary Judgment is continued from December 27, 2013 to February 13, 2014;

2) That the last day to file a Reply to an Opposition to the Motion for Summary Judgment is continued from January 3, 2014 to February 20, 2014;

3)  That the hearing of the Motion for Summary Judgment be continued from January 16, 2014 to March 6, 2014;

4)  That the date for completion of fact discovery be continued from February 10, 2014 to April 15, 2014;

5)  That the date for expert witness designations be continued from January 7, 2014 to April 30, 2014;

6)  That the date for completion of mediation be continued from January 17, 2014 to May 10, 2014;

7)  That depositions of experts be completed by May 30, 2014;

8)  That Motions in Limine are due June 30, 2014;

9)  That any pretrial documents other than Motions in Limine are due July 7, 2014;

10) That any Oppositions to Motions in Limine are due July 10, 2014; the Court will not accept reply briefs regarding Motions in Limine unless otherwise ordered;

11) That the date for the Pretrial Conference be continued from February 17, 2014 to July 14, 2014; and

12) That the trial date be continued from March 17, 2014 to August 18, 2014.


Dated:  January 7, 2014                                    _____
                                                           HON. JACQUELINE SCOTT CORLEY
                                                           UNITED STATES MAGISTRATE JUDGE

215952/P/PROPOSED ORDER RE SCHED. DATES 1.7.14

[PROPOSED] STIPULATION RE                                  Case No. CV 12 2351 JSC
CONTINUANCE OF CASE SCHEDULING DEADLINES