Rex M. Clack, Esq. (SBN 59237)
rclack@sc-law.us
David E. Russo, Esq. (SBN 112023)
drusso@sc-law.us
STERLING & CLACK
A Professional Corporation
601 Van Ness Avenue, Suite 2018
San Francisco, California 94102
Telephone: (415) 543-5300
Facsimile: (415) 543-3335

Attorneys for Defendant
GOLDEN GATE BRIDGE, HIGHWAY &
TRANSPORTATION DISTRICT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LESLIE ANN PROPHETER,<br><br>Plaintiff,<br>v.<br><br>GOLDEN GATE BRIDGE, HIGHWAY &<br>TRANSPORTATION DISTRICT<br><br>Defendant. | Case No.: CV 12 2351 JSC<br><br>[~~PROPOSED~~] ORDER RE CONTINUANCE OF MEDIATION |

Having reviewed the Stipulation of counsel for a continuance of the mediation deadline, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1) That the date for completion of mediation be continued from June 10, 2014 to July 3, 2014.

//

//

1

2) All other pre-trial and trial dates shall remain the same.

Dated: May 14, 2014

[signature: Jacqueline S. Corley]
HON. JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

215952/P/PROPOSED ORDER RE MEDIATION